# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

*5*

-------------------------------------------------------------

Ronald Defeo

Document # _____

USCA NO. _____

-v-

SDNY NO. __07cv3038__
JUDGE: __KMW__
DATE: __6 / 20/ 2007__

MD Stephen O Schwartz

-------------------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam D._____
                    FIRM _____APPEALS SECTION_____
            ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
                        __500 PEARL STREET, NEW YORK, NEW YORK 10007__
            PHONE NO._____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ---------------------------------------------------------------

DOCUMENTS

DOC#

_____
_____
                        Clerk's Certificate
_____
_____
                See Attached List of Numbered Documents
_____
_____
                    Only Circled Documents Included
_____
_____

( ✓ ) Original Record

(_____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __20th__ Day of __June__, 2007.

**United States District Court for
the Southern District of New York**

--------------------------------------------------------

Victor Davis

-V-

New York State Division of Parole et al

--------------------------------------------------------

Date: 5 / 20 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv3038__

D.C. JUDGE __KMW__

# Clerk's  Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of
New York, do hereby certify that the certified copy of the docket entries and the original filed papers
numbered __1__ Through 6 , inclusive, constitutes the Original record on appeal in the above entitled
proceedings except for the following missing documents:

| **Date Filed** | **Document Description** |
| --- | --- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York,
this __20th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of
the United States this 231st  year.

J. Michael McMahon, Clerk

By _____

**Deputy Clerk**

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-03038-KMW**
**Internal Use Only**

Defeo v. Schwartz
Assigned to: Judge Kimba M. Wood
Demand: $1,000,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/16/2007
Date Terminated: 04/16/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | COMPLAINT against Stephen O Schwartz. Document filed by Ronald Defeo.(jeh) (Entered: 04/19/2007) |
| 04/16/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 2 | ORDER OF DISMISSAL; For the reasons discussed below,however, plaintiff's action is dismissed without prejudice, and his application for the appointment of counsel is denied as moot. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/19/2007) |
| 04/16/2007 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That this action be and is hereby dismissed. 28 U.S.C. 1915(e)(2). The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 04/16/2007) (jeh) (Entered: 04/19/2007) |
| 05/16/2007 | 4 | NOTICE OF APPEAL from [3] Judgment - Sua Sponte (Complaint), Document filed by Ronald Defeo. (nd) (Entered: 06/19/2007) |
| 05/16/2007 | | Appeal Remark as to [4] Notice of Appeal filed by Ronald Defeo. $455.00 APPEAL FILING FEE DUE. (nd) (Entered: 06/19/2007) |
| 06/19/2007 | | Transmission of Notice of Appeal to the District Judge re: [4] Notice of Appeal. (nd) (Entered: 06/19/2007) |
| 06/19/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [4] Notice of Appeal. (nd) (Entered: 06/19/2007) |